Opinion issued April 11, 2023



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-21-00505-CV

_____

### JAESON JONES, Appellant

### V.

### CHARLA HALE, Appellee

---

**On Appeal from the 25th District Court**
**Colorado County, Texas**
**Trial Court Case No. 25076**

---

### MEMORANDUM OPINION

Appellant, Jaeson Jones, has filed two separate notices of appeal from the trial court's November 26, 2019 interlocutory order granting summary judgment in favor of appellee, Charla Hale. The underlying trial court litigation was originally assigned trial court case number 25076. However, after the trial court entered the

interlocutory summary judgment order appealed by appellant, the trial court signed a "2nd Amended Order Granting Severance," on August 6, 2021, directing the trial court clerk to open a new case "under Cause No. 25076-A."

On September 17, 2021, appellant filed a notice of appeal in the original trial court case number, 25076, which was assigned appellate case number 01-21-00505-CV, and a notice of appeal in the severed trial court case number, 25076-A, which was assigned appellate case number 01-21-00506-CV. In an order dated December 16, 2021, the Court concluded that it had jurisdiction over appellant's appeal pending in appellate case number 01-21-00506-CV, which corresponded to the severed trial court case number 25076-A. On February 14, 2023, the Court issued an opinion affirming the trial court's judgment in appellate case number 01-21-00506-CV.

Because appellate case numbers 01-21-00505-CV and 01-21-00506-CV constitute appeals from the same trial court order, on March 2, 2023, the Court notified appellant that it appeared that his appeal in appellate case number 01-21-00505-CV had been rendered moot by the Court's February 14, 2023 opinion in appellate case number 01-21-00506-CV. The March 2, 2023 notice therefore directed appellant to, within seven days of the date of the Court's notice, file a written response demonstrating that his appeal in appellate case number 01-21-00505-CV had not been rendered moot. Despite the Court's notice that failure

to respond to the notice may result in dismissal of the appeal, appellant has not adequately responded. *See* TEX. R. APP. P. 42.3(c).

Additionally, in appellate case number 01-21-00505-CV, appellant has not filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on November 12, 2021, and the appellate record was completed on November 22, 2021 when the reporter's record was filed. Accordingly, appellant's brief was due to be filed on or before December 22, 2021. *See* TEX. R. APP. P. 38.6(a). Appellant did not file a brief in appellate case number 01-21-00505-CV.

On March 1, 2022, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). After no brief was filed, the Clerk of this Court sent a second notice to appellant on May 11, 2022 advising appellant that the time for filing a brief had expired and his appeal was subject to dismissal. Again, appellant did not respond to the notice. On June 15, 2022, the Clerk of this Court notified appellant again that the appeal was subject to dismissal for failure to file a

brief. Despite the notices that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution and failure to respond to notices from this Court. *See* TEX. R. APP. P. 42.3(b), (c), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.